UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CRYSTAL MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:12-CV-219 |
| | ) | (VARLAN/GUYTON) |
| CAROLYN COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on June 24, 2013 [Doc. 24]. In the R&R, Magistrate Judge Guyton recommended that plaintiff's Motion for Judgment on the Pleadings [Doc. 13] be granted for the purposes of remand, that defendant's Motion for Summary Judgment [Doc. 17] be denied, and that this matter be remanded to the Commissioner of Social Security for further proceedings. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, plaintiff's Motion for Judgment on the Pleadings [Doc. 13] is **GRANTED** to the extent that this case is hereby **REMANDED** to the Commissioner for

further proceedings consistent with the R&R. Defendant's Motion for Summary Judgment [Doc. 17] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT